# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

AF HOLDINGS LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 0:12-cv-02689

Judge: Hon. Joan N. Ericksen

Magistrate Judge: Hon. Tony N. Leung

## PLAINTIFF'S SUPPORTING AFFIDAVIT REGARDING EXHIBITS

I, Michael Dugas, declare as follows:

1. I am counsel of record for Plaintiff AF Holdings LLC in this matter. My business address is 900 IDS Center, 80 South 8th Street, Minneapolis, MN 55402.

2. Attached hereto as Exhibit A is a copy of the Declaration of Peter Hansmeier in support of Plaintiff's Motion for Leave to take Discovery Prior to the Rule 26(f) Conference.

3. Attached hereto as Exhibit B is a copy of Comcast Cable Communications LLC's subpoena compliance policy.

DATE: November 13, 2012

                              By:    s/ Michael K. Dugas
                                     Michael K. Dugas