# ALPHA LAW FIRM LLC

900 IDS Center · 80 South 8th Street · Minneapolis, MN 55402 US

December 3, 2012

**Via ECF**
The Honorable Richard H. Kyle
772 Federal Building
316 N. Robert Street
St. Paul, MN 55101

**Re:    Response to November 29, 2012 Letter Filed by Attorney Paul Godfread**

Dear Honorable Judge Kyle:

I write to respond to the November 29, 2012 letter filed with the Court by Attorney Paul Godfread.[1] In his letter, Attorney Godfread accuses AF Holdings LLC of being a sham corporation and fraudulently holding his client out as its CEO.[2] Both of these accusations are categorically false.

Attorney Paul Godfread filed an identical letter in a similar case currently pending before the Honorable Judge Joan N. Erickson.[3] In a text entry, the Court indicated it reviewed the letter and "will take no action on [Attorney Godfread's] request."[4] Plaintiff respectfully requests that the Court reach similar decision. By way of separate action, Plaintiff will address Attorney Godfread's egregious behavior.

Sincerely,

Michael Dugas
*Attorney at Law*

---

[1] (ECF No. 12.) Attorney Godfread filed identical letters in two other cases before this Court: *AF Holdings LLC v. John Doe*, No. 12-2687-RHK-JJG (D. Minn. Nov. 29, 2012), ECF No. 12; *AF Holdings LLC v. John Doe*, No. 12-2688-RHK-JJG (D. Minn. Nov. 29, 2012), ECF No. 12.

[2] (ECF No. 12.)

[3] *AF Holdings LLC v. Roeum Hean*, No. 12-1449-JNE-FLN (D. Minn. Nov. 29, 2012), ECF No. 18.

[4] *AF Holdings LLC v. Roeum Hean*, No. 12-1449-JNE-FLN (D. Minn. Dec. 3, 2012), ECF No. 19.