UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 0:12-cv-2689 |
| Plaintiff, | |
| v. | Judge: Hon. Richard H. Kyle |
| | Magistrate Judge: Hon. Jeanne J. Graham |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff AF Holdings LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against the John Doe Defendant. In response to the subpoena issued by Plaintiff, Internet Service Provider Comcast Cable Communications, LLC indicated that it no longer has sufficient information to identify the Defendant. As a result, Plaintiff is unable to name a defendant and proceed forward with this case. The respective John Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

Respectfully submitted,

AF Holdings LLC

DATED: February 19, 2013

By: <u>s/ Michael K. Dugas</u>
     Michael K. Dugas
     Bar No. 0392158
     Attorney for Plaintiff
     Alpha Law Firm LLC
     900 IDS Center
     80 South 8th Street
     Minneapolis, MN 55402
     Telephone: (415) 325 – 5900
     mkdugas@wefightpiracy.com